PAUL M. WARNER, United States Attorney (#3389)
DUSTIN PEAD, Assistant United States Attorney (#8251)
185 South State Street, #400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED WITH

MAY 1 3 2004

UNITED STATES
MAGISTRATE JUDGE
SAMUEL ALBA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRE MATTIOLI aka JOSE NUNES DE PAULA,<br><br>Defendant. | MAGIS. NO. A-04-134 M<br><br>COMPLAINT<br><br>VIO. 8 U.S.C. §§ 1324(a)(1)(A)(ii); (a)(1)(A)(v)(II); & (a)(1)(B)(i)<br><br>(TRANSPORTING ILLEGAL ALIENS)<br><br>VIO. 8 U.S.C. §§ 1324(a)(1)(A)(iii); (a)(1)(A)(v)(II); & (a)(1)(B)(i)<br><br>(HARBORING ILLEGAL ALIENS) |

Before the United States District Court, District of Utah, at Salt Lake City, appeared the undersigned, who on oath deposes and says:

COUNT I

On or about January 7, 2004, in the Central Division of the District of Utah,

ANDRE MATTIOLI aka JOSE NUNES DE PAULA,

the defendant herein, did knowingly and in reckless disregard of the fact that Helder Assuncao De Araujo, Jeraldo Dutra De Souza, Salvador Antonio Da Silva, and Eliwaldo Gomez-Sousa, aliens who had come to, entered, and remained in the United States in violation of law, transported and moved, and attempted to transport and move, such aliens within the United States by means of transportation, in furtherance of such violation of law, and did aid and abet therein; all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii); (a)(1)(A)(v)(II); and (a)(1)(B)(i).

## COUNT II

On or about February 8, 2004, in the Central Division of the District of Utah,

ANDRE MATTIOLI aka JOSE NUNES DE PAULA,

defendant herein, did knowingly and in reckless disregard of the fact that Adair Ramos Rabelo, Nelza Evangilista, Jose Evangilista, Josias Evangilista, Delvanir Ramos-Costa, Genario Pinto-Davitoria, Osilene De Magalhes, Renato Deitrich Rocha, Tony Sergio Valim, Jose Da Silva, Bianca Castro-Costa, and Onias De Almeida, aliens who had come to, entered, and remained in the United States in violation of law, transported and moved, and attempted to transport and move, such aliens within the United States by means of transportation, in furtherance of such

violation of law, and did aid and abet therein; all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii); (a)(1)(A)(v)(II); and (a)(1)(B)(i).

### COUNT III

On or about February 8, 2004, in the Central Division of the District of Utah,

ANDRE MATTIOLI aka JOSE NUNES DE PAULA,

the defendant herein, did knowingly and in reckless disregard of the fact that Adair Ramos Rabelo, Nelza Evangilista, Jose Evangilista, Josias Evangilista, Delvanir Ramos-Costa, Genario Pinto-Davitoria, Osilene De Magalhes, Renato Deitrich Rocha, Tony Sergio Valim, Jose Da Silva, Bianca Castro-Costa, and Onias De Almeida, aliens who had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection, and attempted to conceal, harbor, and shield from detection such aliens, and did aid and abet therein; all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), (a)(1)(A)(v)(II); and (a)(1)(B)(i).

### COUNT IV

On or about February 9, 2004, in the Central Division of the District of Utah,

ANDRE MATTIOLI aka JOSE NUNES DE PAULA,

defendant herein, did knowingly and in reckless disregard of the fact that Nelza Evangilista, Jose Evangilista, Josias

Evangilista, Delvanir Ramos-Costa, Genario Pinto-Davitoria, Osilene De Magalhes, Renato Deitrich Rocha, Tony Sergio Valim, Jose Da Silva, Bianca Castro-Costa, and Onias De Almeida, aliens who had come to, entered, and remained in the United States in violation of law, transported and moved, and attempted to transport and move, such aliens within the United States by means of transportation, in furtherance of such violation of law, and did aid and abet therein; all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii); (a)(1)(A)(v)(II); and (a)(1)(B)(i).

## AFFIDAVIT

### Introduction

I, Christopher A. Fitzpatrick, being duly sworn, hereby depose and say:

1. I am a duly appointed Special Agent for the Bureau of Immigration and Customs Enforcement (ICE) assigned to the Salt Lake City, Utah, office and have been employed in such capacity since February, 2001.

2. In connection with my duties, I have acquired experience in investigating cases involving alien smuggling and the transporting and harboring of illegal aliens.

3. This affidavit is made in support of a complaint alleging the crime of Transporting Illegal Aliens in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii); (a)(1)(A)(v)(II); and

4

(a)(1)(B)(i), and Harboring Illegal Aliens in violation of 8 U.S.C. §§ 1324(a)(1)(A)(iii); (a)(1)(A)(v)(II); and (a)(1)(B)(i).

### Background

4. On November 26, 2003, I received information from a confidential informant (CI #1) that an individual by the name of Andre MATTIOLI (MATTIOLI), who resides in West Jordan, Utah, is involved in the smuggling of undocumented Brazilian Nationals into, and to various destinations within, the United States.

5. CI #1 informed me that as part of the smuggling operation, MATTIOLI and others arrange for undocumented Brazilian Nationals to be smuggled into the United States and to a home in Arizona. CI #1 indicated that from there, the aliens are then transported to the Salt Lake City, Utah, area and, usually, to Boston, Massachusetts, or some other location on the East Coast. CI #1 also told me that, while in Utah, smuggled individuals are housed at MATTIOLI's home at 3344 West 6580 South (Westbrook Dr.), West Jordan, Utah. Finally, CI #1 told me that MATTIOLI also goes by the name Jose NUNES DE PAULA.

6. On December 22, 2003, I learned from another confidential informant (CI #2), who had previously provided reliable information, that an individual by the name of "Angelo" was working as a driver for MATTIOLI. On December 24, 2003, CI #2 told me that "Angelo's" last name is "DEL PINO."

## Basis for Count I

7. On January 9, 2004, CI #1, who had two months earlier described to me the smuggling operation and had since provided me with reliable information, informed me that four undocumented aliens being transported by individuals working for MATTIOLI, including Cristiano DE ALMEIDA (DE ALMEIDA), had been picked up after a traffic stop in Wyoming.

8. On January 29 and 30, 2004, I interviewed the four undocumented aliens in Denver, Colorado. One of the aliens, Helder Assuncao DE ARAUJO (DE ARAUJO), indentified MATTIOLI as the owner of the home where he and others had been housed in Utah while awaiting further transport to the East Coast. DE ARAUJO further indicated that MATTIOLI was the individual who had instructed him how to enter the United States, arranged such unlawful entry, and had earlier picked him up in Arizona and transported him to Utah.

9. On February 13, 2004, I interviewed DE ALMEIDA in Salt Lake City, Utah. He told me that MATTIOLI had asked him to assist another individual in taking the four undocumented Brazilian Nationals to the East Coast. DE ALMEIDA told me that he, another individual, and MATTIOLI had rented the vehicle used to transport the undocumented aliens at Avis Rental Car Agency located near the Salt Lake City International Airport.

6

### Basis for Count II and III

10. On February 5, 2004, CI #2 told me that MATTIOLI had traveled from Salt Lake City, Utah, to Phoenix, Arizona, to pick up a load of undocumented Brazilian Nationals and transport them to Utah. CI #2 indicated that MATTIOLI was scheduled to return to his residence with the undocumented aliens on February 7, 2004.

11. On February 7, 2004, CI #2 informed me that MATTIOLI had just purchased an airline ticket for one of the undocumented female aliens he was harboring at his (MATTIOLI's) home. CI #2 told me that the ticket was purchased by MATTIOLI under the assumed name of Jose Nunes DE PAULA and that the ticketed passenger was a female named Lillian DE ALMEIDA (no relationship to Cristiano DE ALMEIDA). Finally, CI #2 told me that the ticket was for a flight from Salt Lake City, Utah, to New York City, New York, on a Jetblue flight leaving that evening.

12. On February 7, 2004, around 11:40 p.m., ICE Agent Rey Sanchez observed an individual, later identified as Cristiano DE ALMEIDA, escorting an Hispanic female to the check-in counter of Jetblue Airlines and, from there, to the security checkpoint in the terminal. Once the female passed through security, DE ALMEIDA departed the terminal and I, having since arrived at the terminal, arrested the female for an immigration violation. The female was confirmed to be Lillian DE ALMEIDA.

13. On February 8, 2004, at about 2:00 a.m., CI #2 called and told me that MATTIOLI was housing several undocumented aliens at his (MATTIOLI's) home. He also indicated that MATTIOLI had learned that ICE had arrested Lillian DE ALMEIDA just hours before. CI #2 told me that based on the arrest, MATTIOLI had decided to immediately transport the remaining undocumented aliens to Massachusetts and that he planned to rent a vehicle from Hertz Rental Car Agency near the Salt Lake City International Airport to do so. Lastly, CI #2 told me that DEL PINO would be traveling to Phoenix, Arizona, that same day to pick up a load of undocumented aliens and transport them to his (DEL PINO's) home in Utah.

14. In the evening of February 8, 2004, I learned that a Ford Expedition had been rented from Hertz Rental Car Agency at the Salt Lake City International Airport under the name Angelo DEL PINO. DEL PINO had been previously identified by CI #2 as a driver of undocumented aliens for MATTIOLI.

15. On February 12, 2004, I received information from CI #2 concerning the location of Cristiano DE ALMEIDA. I conducted surveillance of DE ALMEIDA and followed him to a residence at 7500 South 290 East in Midvale, Utah. CI #2 also told me that there was an undefined number of undocumented aliens being harbored at DEL PINO's home.

16. At 7500 South 290 East, Midvale, Utah, I discovered

four undocumented Brazilian Nationals, including Cristiano DE ALMEIDA. All four were arrested for immigration violations. I advised DE ALMEIDA of his Miranda rights and he chose to waive the same. I asked DE ALMEIDA where the additional undocumented aliens were being harbored. He stated that they were at "Angelo's" house. I asked what Angelo's last name was and he replied, "DEL PINO." I asked DE ALMEIDA where DEL PINO was and he replied that DEL PINO was in Arizona and was scheduled to return to Salt Lake City that evening by airplane. I then notified other ICE Agents of DEL PINO's address and instructed them to go there.

17. At DEL PINO's house located at 6097 South 4625 in Kearns, Utah, ICE Agents Ray Sanchez and Phil Earnest discovered seven undocumented Brazilian Nationals in the basement. Later that evening, Agent Earnest arrested DEL PINO at the Salt Lake City International Airport for an immigration violation.

18. On February 17, 2004, Agent Sanchez and I interviewed Adair Ramos RABELO, one of the undocumented Brazilian Nationals discovered on February 12, 2004. He indicated that while in Brazil, he had had several conversations with MATTIOLI who instructed him how to illegally enter the United States. RABELO also stated that once he arrived in Phoenix, Arizona, MATTIOLI and DE ALMEIDA picked he and others up from a home there and escorted them to MATTIOLI's home in West Jordan, Utah. Moreover,

9

RABELO told me that, on February 8, 2004, he had been taken by MATTIOLI from MATTIOLI's home to DEL PINO's home following the arrest of Lillian DE ALMEIDA on February 7, 2004. Once at DEL PINO's home, DEL PINO instructed him to remain in the basement of the house.

### Basis for Count IV

19. RABELO informed me that during the early morning hours of February 8, 2004, just hours after MATTIOLI learned of the arrest of Lillian DE ALMEIDA, MATTIOLI told he and others awaiting further transport that they were leaving for Boston, Massachusetts, and that they needed to hurry and pack their personal belongings. RABELO stated that MATTIOLI then loaded everyone into a large vehicle and took them to DEL PINO's home.

20. RABELO indicated that once at DEL PINO's home, MATTIOLI informed him that he would have to remain until the next trip. RABELO stated that MATTIOLI then took the rest of the group and left for Massachusetts.

21. On February 11, 2004, in Summerville, Massachusetts, the vehicle used by MATTIOLI to transport illegal aliens from Utah to Massachusetts, was discovered by ICE Agent Cosola, who works in the Boston, Massachusetts, ICE office. The driver presented a Utah Driver's License in the name of Jose NUNES DE PAULA, a known alias of MATTIOLI. The individual was confirmed to be in fact MATTIOLI and he was arrested for being in the

10

United States illegally. A search incident to MATTIOLI's arrest uncovered a quantity of drugs and money.

22. On February 13, 2004, ICE Agent Glen Fitzpatrick, having previously determined where some of the illegal aliens transported by MATTIOLI had been dropped off, went to several of the drop-off locations. At one location, 404 Court St., Plymouth, Massachusetts, Agent Fitzpatrick discovered Bianca Castro-Costa, an illegal alien from Brazil.

23. Castro-Costa told Agent Fitzpatrick that she was one of the individuals transported by MATTIOLI from Utah to Massachusetts, and, earlier from Arizona to Utah. Castro-Costa stated that on February 8, 2004, she was staying at MATTIOLI's home in Utah and at about 3:30 a.m., MATTIOLI awoke her and others and told them that they immigration was coming and they needed to hurry and leave. She told Agent Fitpatrick that the group left the home in two cars. After leaving Salt Lake City for Massachusetts, MATTIOLI indicated that they had to leave quickly because another individual had been earlier arrested at the Salt Lake Airport by immigration officials. Castro-Costa later positively identified MATTIOLI from a photo line-up as the individual who had transported she and others from Utah to Massachusetts.

24. On February 24, 2004, Agent Fitzpatrick located Onias DE ALMEIDA (no relationship to either Cristiano DE ALMEIDA or

11

Lillian DE ALMEIDA) at 76 Colonel Bell Drive #2, Brockton, Massachusetts. Onias DE ALMEIDA admitted that he was a Brazilian national without permission to be in the United States. He identified MATTIOLI as the individual who had driven he and others from, first, Arizona to Utah and, second, from Utah to Massachusetts.

25. Based on the aforementioned information, I believe that there is probable cause to believe that the defendant has violated 8 U.S.C. §§ 1324(a)(1)(A)(ii); (a)(1)(A)(v)(II); and (a)(1)(B)(i), and 8 U.S.C. §§ 1324(a)(1)(A)(iii); (a)(1)(A)(v)(II); and (a)(1)(B)(i).

Christopher A. Fitzpatrick
Special Agent
Immigration and Customs Enforcement

SUBSCRIBED AND SWORN BEFORE ME this 12th day of May, 2004.

SAMUEL ALBA
United States Magistrate Judge

APPROVED:
PAUL M. WARNER
UNITED STATES ATTORNEY

DUSTIN PEAD
Assistant United States Attorney

12

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

──────── DISTRICT OF ────────

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

CASE NUMBER: A-04-134 M

ANDRE MATTIOLI, aka JOSE NUNES DE PAULA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ANDRE MATTIOLI, aka JOSE NUNES DE PAULA___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
TRANSPORTING AND HARBORING ILLEGAL ALIENS

In violation of
Title ___8___ United States Code, Section(s) __1324(a)(1)(A)(ii) AND 1324(a)(1)(A)(iii)__

SAMUEL ALBA
Name of Issuing Officer

_S/ Alba_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

7/13/04 @ SLC, UT
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

RECEIVED

JUN 21 2004

SAMUEL ALBA
U.S. MAGISTRATE

| UNITED STATES OF AMERICA, | : | Case No. A-04-137M |
|---|---|---|
| Plaintiff, | : | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| | : | |
| ANDRE MATTIOLI, aka JOSE NUNES DE PAULA, | : | |
| Reg No. 11916-081  Defendant. | : | |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL OR TO AN AGENT OF THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

G R E E T I N G S :      DOB: 12/9/64

We command you that you bring the body of Andre Mattioli, aka Jose Nunes De Paula, now confined in the Middlesex County Jail, in East Cambridge, Massachusetts, before the Honorable Magistrate Judge Alba, presiding at Salt Lake City, Utah, **Monday, July 19, 2004, at 9:00 a.m.**, and from day to day thereafter, for purposes of initial appearance upon the charges pending against the defendant in the said United States District Court, and in the above-entitled and pending case; and for final disposition at a later date; and hold the said defendant at all times in your custody as an agent of the United States of America; that

America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

DATED this ___21st___ day of June, 2004.

BY THE COURT:

_____/s/ Samuel Alba_____
SAMUEL ALBA
United States Magistrate Judge

I have (partially) (fully) executed the within _____ by receiving the body of _____ on _____ and delivering (him) (her) to _____ _____ on _____.
United States Marshal
by: _____
Deputy U.S. Marshal

By _____/s/_____
STAMP USED BY DIRECTION OF JUDGE

2

I hereby certify that the annexed document is a true and correct copy of the original on file in this office.
ATTEST: MARKUS B. ZIMMER
Clerk, U.S. District Court
District of Utah
By: _____
Deputy Clerk
Date: June 20, 2004