UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MAG. Judge Case No. |
| | ) | |
| ANDRE MATTIOLLI, | ) | |
| a/k/a JOSE NUNES DEPAULA, | ) | |
| Defendant | ) | |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Paul Jordan, Senior Special Agent, Immigration and Customs Enforcement, do hereby

make oath before the Honorable Charles B. Swartwood, Magistrate Judge for the District of

Massachusetts, that upon knowledge coming to me in connection with my official duties and as

part of the official records of my office, I am advised that there is presently outstanding a warrant

of arrest for one Andre Mattiolli (a.k.a. Jose Nunes Depaula), on an arrest warrant filed in the

District of Utah charging the defendant with Transporting and Harboring Illegal Aliens, in

violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (iii). I do hereby make oath that this warrant of

arrest is outstanding in said District on the basis of the information set out above. A copy of said

warrant is attached.

Paul Jordan
Senior Special Agent
Immigration and Customs Enforcement

Subscribed and sworn to before me this 28th day of June, 2004.

CHARLES B. SWARTWOOD
United States Magistrate Judge

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

HOLD ON
WARRANTS

———————————— DISTRICT OF ————————————

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

ANDRE MATTIOLI, aka JOSE NUNES DE PAULA

CASE NUMBER: A-04-134M

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ANDRE MATTIOLI, aka JOSE NUNES DE PAULA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
TRANSPORTING AND HARBORING ILLEGAL ALIENS

in violation of
Title _____ 8 _____ United States Code, Section(s)  1324(a)(1)(A)(ii) AND 1324(a)(1)(A)(iii)

| SAMUEL ALBA | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| _Alba_ | _5/13/04 @ SLC, UT_ |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.